728

No. 178. Lewis, Testamentary Executrix, et al. v. United States Department of Agriculture et al. November 18, 1940.

No. 290. Irving Trust Co. v. United States. November 18, 1940.

No. 403. Thompson, Trustee, v. Wiley. November 18, 1940.

No. 404. Southern Minerals Corp. v. Simmons et al. November 18, 1940.

No. 123. Moon v. Home Life Insurance Company of New York; and
No. 124. Moon v. Mutual Benefit Health & Accident Assn. November 25, 1940. Motion for leave to file a second petition for rehearing denied.

No. 276. Columbus & Chicago Motor Freight, Inc. v. Public Service Commission of Indiana et al. November 25, 1940.

No. 428. Moore v. Horton, Trustee in Bankruptcy. November 25, 1940.

No. —. Johnson v. Metropolitan Casualty Insurance Co.; and
No. 230. Viles v. Johnson, Judge. December 9, 1940. The motions for leave to file petitions for rehearing are denied.